**Order issued May 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-14-00877-CR**
**No. 05-14-00878-CR**
**No. 05-14-00879-CR**
**No. 05-14-00880-CR**

---

**REGINALD KEITH PINK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the October 31, 2014 motion of

Matthew J. Kita for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk

of the Court to remove Matthew J. Kita as counsel of record for appellant.

We **DENY** appellant's "motion requesting rehearing of motion requesting evidentiary

hearing."

We **DIRECT** the Clerk of the Court to send **a copy of this order**, all future

correspondence, and **a copy of the twelve (12) pro se motions filed from February 3, 2015 to**

**May 7, 2015** to Reginald Keith Pink, TDCJ No. 1938997, McConnell Unit, 3001 South Emily

Drive, Beeville, Texas, 78102.


/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE